# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———

No. 18-50773
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 23, 2020

Lyle W. Cayce
Clerk

———

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERTO CONTRERAS, JR.,

Defendant-Appellant

———

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:17-CR-1911-3

———

Before HAYNES, DUNCAN, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Roberto Contreras, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Contreras has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Contreras's response. We concur with counsel's assessment that the appeal presents no

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50773

nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Contreras's motion for leave to file an out-of-time *Anders* response is GRANTED.